**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1096**

In re:  JONATHAN EUGENE BRUNSON,

Petitioner.

On Petition for Writ of Mandamus.  (5:14-hc-02009-FL)

Submitted:  June 29, 2021                                         Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jonathan Eugene Brunson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Eugene Brunson petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on his postjudgment motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on April 13, 2021. Accordingly, because the district court has recently decided Brunson's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*